**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Joseph Kirk Douglas<br><div align="right">Debtor</div>AJAX MORTGAGE LOAN TRUST 2019-E, MORTGAGE-BACKED SECURITIES, SERIES 2019-E, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<div align="right">Movant</div>v.<br>Joseph Kirk Douglas<br>and<br>William C. Miller, Esquire<div align="right">Respondents</div> | 19-15598 AMC<br><br>Chapter 13 Proceeding |

**ORDER**

AND NOW, this 10th day of March, 2020, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, AJAX MORTGAGE LOAN TRUST 2019-E, MORTGAGE-BACKED SECURITIES, SERIES 2019-E, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE and/or its successors and assigns to exercise its rights under its loan documents with regard to the property located at 1400 Adams Avenue, Philadelphia, PA 19124 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:
Sarah K. McCaffery
Attorney for Movant
19-0913

Brad J. Sadek, Esquire
Attorney for Debtor

Joseph Kirk Douglas
Debtor

William C. Miller, Esquire
Trustee